# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-17-00665-CV

### In the Matter of C. Z.

## FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
## NO. J-31770, THE HONORABLE RHONDA HURLEY, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

The reporter's record in this appeal was originally due to be filed on October 23, 2017. To date, the reporter's record has not been filed.

The Family Code accelerates the final disposition of an appeal from a juvenile court's order waiving jurisdiction and transferring the child to district court for prosecution as an adult. *See* Tex. Fam. Code §§ 54.02 (providing for waiver of jurisdiction and discretionary transfer to criminal court), 56.01(c)(1)(B) (providing for immediate appeal of transfer order under section 54.02 of the Family Code); *Order Accelerating Juvenile Certification Appeals and Requiring Juvenile Courts to Give Notice of the Right to an Immediate Appeal*, Misc. Docket No. 15-9156 (Tex. Aug. 28, 2015) ("[p]ending the adoption of rules," appellate courts shall ensure that appeals of certification orders are brought to final disposition within 180 days). The accelerated schedule requires greater compliance with deadlines. Therefore, Patricia A. Day is hereby ordered to file the reporter's record in this case on or before November 13, 2017. If the

record is not filed by that date, Day may be required to show cause why she should not be held in contempt of court.

It is ordered on November 3, 2017.


Before Justices Puryear, Field, and Bourland